FILED

2010 Jun-03  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MAG. No.: 10-117** |
| | ) | |
| JORAN VAN DER SLOOT | ) | |

### MOTION TO UNSEAL AMENDED CRIMINAL COMPLAINT AND MOTION TO MAINTAIN SUPPORTING AFFIDAVIT UNDER SEAL

COMES NOW the United States of America, by and through its counsel,

Joyce White Vance, United States Attorney for the Northern District of Alabama,

and William G. Simpson, Assistant United States Attorney, and respectfully

moves this Honorable Court for an Order directing that the **amended criminal**

**complaint** issued in the above-styled matter be unsealed and that the supporting

affidavit remain under seal until otherwise directed by this Court. As grounds,

wherefore, the government submits: (1) that there is no further need for the

amended complaint to remain under seal, as the defendant has been located by law

enforcement officials and is now in custody; (2) that the supporting affidavit

should remain under seal at this time due, in part, to the sensitive nature of certain information contained in that document.

Respectfully submitted this the 3rd day of June, 2010.

JOYCE WHITE VANCE
United States Attorney

WILLIAM G. SIMPSON
Assistant United States Attorney