# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JORAN ANDREAS PETRUS VAN DER SLOOT**     )<br>)<br>)<br>)<br>)<br>**Defendant,**     )<br>)<br>v.     )<br>)<br>**UNITED STATES OF AMERICA**     )<br>)<br>**Plaintiff.**     ) | **CIVIL ACTION NO:**<br>**2:10-CR-0237-KOB** |

## RECUSAL ORDER

The undersigned hereby recuses herself from further participation in the above styled action. Accordingly, the court DIRECTS the Clerk to reassign this case to another judge in accordance with the Clerk's normal procedure.

**DONE** and **ORDERED** this 17th day of May, 2023.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE