UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:10-cr-237-AMM-GMB |
| | ) | |
| JORAN ANDREAS PETRUS | ) | |
| VAN DER SLOOT | ) | |

## **ORDER**

The court has before it the defendant's unopposed motion (Doc. 33) to extend the trial and pretrial deadlines established by the court's Scheduling Order.  The defendant has filed a written waiver of his rights under the Speedy Trial Act.  Doc. 33-1.  According to the motion, the defendant requires additional time to review discovery, evaluate the case, and consult with counsel.  Given the defendant's need to adequately prepare his defense and to make an informed decision on whether to enter a guilty plea or proceed to trial, the court finds that the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

Accordingly, it is ORDERED that:

1.      The motion (Doc. 33) is GRANTED and the time between today's date and **October 2, 2023,** is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).  The trial date will be set by separate order by a United States District Judge.

1

2.      The deadline for pretrial motions is extended to **September 11, 2023,** with any response due no later than **September 18, 2023.**

3.      The parties shall notify the court on the earliest practicable business day the lawyers are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **September 18, 2023.**

DONE and ORDERED on June 27, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE